# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140387

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

RUDOLF KNOX II,
            Plaintiff-Appellee,

v                                                    SC: 140387
                                                     COA: 287084
                                                     Genesee CC: 07-086147-NF

AUTO CLUB GROUP INSURANCE
COMPANY and AUTO CLUB INSURANCE
ASSOCIATION,
            Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the October 1, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
                            Clerk

p0419